UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| JIMMY ALEXANDER, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>REPUBLLIC SERVICES, INC., an unknown corporation; ALLIED WASTE SYSTEMS, INC. d.b.a. REPUBLIC SERVICES OF CONTRA COSTA COUNTY, an unknown corporation; SOLANO GARBAGE COMPANY, an unknown corporation, and DOES 1 through 50, inclusive, | NO. 2:17-CV-00644 WBS AC |
| JIMMY ALEXANDER, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>REPUBLLIC SERVICES, INC., an unknown corporation; ALLIED WASTE SYSTEMS, INC. d.b.a. REPUBLIC SERVICES OF CONTRA COSTA COUNTY, an unknown | NO. 2:17-CV-000645 MCE KJN |

1

corporation; SOLANO GARBAGE COMPANY, an unknown corporation, and DOES 1 through 50, inclusive,

----oo0oo----

Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 123(a), because both cases involve the same parties and are based on the same or similar claims. Accordingly, the assignment of the matters to the same judge is likely to effect a substantial saving of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that both actions are assigned to the same judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions denominated Alexander v. Republic Services, Inc., No. 2:17-CV-644 WBS AC, and Alexander v. Republic Services, Inc., No. 2:17-CV-645 MCE KJN, be, and the same hereby are, deemed related. The case denominated Alexander v. Republic Services, Inc., No. 2:17-CV-645 MCE KJN, shall be reassigned to the Honorable WILLIAM B. SHUBB. Any dates currently set in the reassigned case only are hereby VACATED. Henceforth, the captions on documents filed in the reassigned case shall be shown as Alexander v. Republic Services,

Case 2:17-cv-00644-WBS-AC   Document 8   Filed 04/05/17   Page 3 of 3

1  Inc., No. 2:17-CV-645 WBS AC.
2          IT IS FURTHER ORDERED that the Clerk of the Court make
3  an appropriate adjustment in the assignment of cases to
4  compensate for this reassignment.
5  Dated: April 5, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3